IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MORGAN HELLER and JOSHUA FLAVIN on behalf of themselves and all other persons similarly situated, known and unknown, </br></br> Plaintiffs, </br></br> v. </br></br> CURALEAF HOLDINGS, INC., </br></br> Defendant. | ) ) ) ) ) ) ) ) Case No.   1:22-cv-01617 ) ) ) ) ) |

## DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant Curaleaf Holdings, Inc. ("Defendant"), by and through its attorneys, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully submits this Motion to Dismiss Count II, in part, and Count III of the Second Amended Complaint filed by Plaintiffs Morgan Heller and Joshua Flavin ("Plaintiffs"). In support of this motion, Defendant submits its contemporaneously-filed memorandum.

WHEREFORE, Defendant respectfully requests that this Court dismiss Count II, as it pertains to Plaintiff Morgan Heller, and Count III of Plaintiffs' Second Amended Complaint with prejudice for failure to state a claim for which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for any other relief this Court deems just and proper.

Date:   August 22, 2022

Respectfully submitted,

CURALEAF HOLDINGS, INC.

  /s/ Mark W. Wallin
One of Defendant's Attorneys

2

        Mark W. Wallin (6304226)
        **BARNES & THORNBURG LLP**
        One N. Wacker Drive, Suite 4400
        Chicago, IL 60606
        mark.wallin@btlaw.com
        Phone: (312) 214-4591
        Fax: (312) 759-5646

        Benjamin S. Perry (36930-71)
        **BARNES & THORNBURG LLP**
        201 S. Main Street, Suite 400
        South Bend, IN 46601
        Benjamin.Perry@btlaw.com
        Phone: (574) 237-1239

        *Attorneys for Defendant,*
        *Curaleaf Holdings, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2022, I electronically filed *Defendant's Motion to Partially Dismiss Plaintiffs' Second Amended Complaint* with the Clerk of the Court using CM/ECF System. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system

                                                */s/ Mark W. Wallin*
                                                   Mark W. Wallin