IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MORGAN HELLER AND JOSHUA FLAVIN GRACE BAFFOE, and NICK FREDRICKSON, on behalf of themselves and all other parties similarly situated, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>CURALEAF HOLDINGS, INC.<br><br>Defendant. | CASE NO.: 22-cv-1617 |

## DEFENDANT'S MOTION FOR RECONSIDERATION

Defendant Curaleaf Holdings, Inc. ("Defendant"), respectfully moves for reconsideration of this Court's November 6, 2023 Order. In support of its motion, Defendant submits its contemporaneously-filed memorandum.

WHEREFORE, Defendant Curaleaf Holdings, Inc. respectfully requests the Court to deny Plaintiffs' Motion for Leave to File Additional Declarations in Support of Motion for Conditional Certification, and strike the offending declarations from the record, or in the alternative, Defendant requests 21 days to respond to the declarations Plaintiffs filed, and all other just and appropriate relief.

Date: November 14, 2023

Respectfully Submitted,

CURALEAF HOLDINGS, INC.

*/s/ Mark W. Wallin*
Mark W. Wallin
BARNES & THORNBURG LLP
One N. Wacker Dr., Suite 4400
Chicago, IL 60606
mwallin@btlaw.com
Phone: (312) 214-4591
Fax: (312) 759-5646

Benjamin S. Perry
BARNES & THORNBURG LLP
201 S. Main Street, Suite 400
South Bend, IN 46601
Benjamin.Perry@btlaw.com
Phone: (574) 237-1239

*Attorneys for Defendant,*
*Curaleaf Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2023, I electronically filed *Defendant's Motion for Reconsideration* with the Clerk of the Court using CM/ECF System. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Mark W. Wallin*
Mark W. Wallin