# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Morgan Heller, et al.
                            Plaintiff,

v.                                                             Case No.: 1:22–cv–01617
                                                                    Honorable Nancy L. Maldonado

Curaleaf Holdings, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court grants Plaintiff's motion for status and reports that a decision on Defendant's motion to dismiss will issue shortly and that Plaintiff's motion for conditional certification is under advisement. The Court notes that the parties supplemented the record on conditional certification in November and December 2023 and the Court will consider those additional filings in ruling on the pending motion. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.